**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CARLTON SHUTES**                                                                 **PLAINTIFF**
**ADC #157103**

v.                  **CASE NO. 4:20-CV-00424 BSM**

**DEXTER PAYNE, Director,
Arkansas Division of Correction**                                       **DEFENDANT**

**ORDER**

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 10] has been received, and after carefully reviewing the record, the RD is adopted. Carlton Shutes's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice. A certificate of appealability shall not be issued.

IT IS SO ORDERED this 13th day of August, 2020.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE