# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLTON SHUTES**  **PLAINTIFF**
**ADC #157103**

**v.**          **CASE NO. 4:20-CV-00424 BSM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE